

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:      01-20-00110-CV

Trial Court Cause
Number:      573942Z

Style:      In re Commitment of Andrew Neal Pansky

Date motion filed[*]:      March 21, 2021

Type of motion:      Motion for Rehearing

Party filing motion:      Appellant

Document to be filed:      N/A

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

     ☒   Denied

Judge's signature: /s/ Sarah Beth Landau
         ☐ Acting individually     ☒ Acting for the Court

Panel consists of   Justices Goodman, Landau, and Guerra

Date: July 29, 2021